(106 So. 923)

W. W. RUSSELL v. ALABAMA ASPHALT CONST. CO. et al. (8 Div. 345.) (Court of Appeals of Alabama. Jan. 26, 1926.) Ap-

peal from Circuit Court, Limestone County; N. D. Denson, Judge.

SAMFORD, J. Appeal dismissed by appellant.